**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD ROSA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-cv-8254 |
| | ) | |
| JOHN DOE et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

Alvin R. Becker, the undersigned, having heretofore been appointed as counsel for the Plaintiff, respectfully requests that he be permitted to withdraw for the reasons described to the Court at counsel's appearance on April 11, 2014, and the documents filed under seal on April 15, 2014.

Respectfully submitted,

BEERMANN PRITIKIN MIRABELLI
SWERDLOVE LLP, Attorneys for Plaintiff

By:  /s/    Alvin R. Becker
One of Its Attorneys

Alvin R. Becker – 147966
Matthew D. Elster – 6303242
Beermann Pritikin Mirabelli Swerdlove LLP
161 North Clark Street, 26th Floor
Chicago, Illinois  60601
(312) 621-9700 - phone
(312) 621-0909 - fax
arbecker@beermannlaw.com
mdelster@beermannlaw.com